UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ASHLEY WISCHOW,

     Plaintiff,

                                     Case No. 25-cv-12480
v.                                Hon. Matthew F. Leitman

LUXOTTICA OF AMERICA, INC., *et al.*,

     Defendants.

_____/

## ORDER EXPANDING SCOPE OF HEARING

Now before the Court is Defendants' Motion to Dismiss for Lack of Subject-Matter and Personal Jurisdiction (ECF No. 7).  The Court has scheduled a virtual hearing for May 1, 2026, at 11:00 a.m. on the motion.  In preparation for the hearing, it has occurred to the Court that the Court would benefit from additional evidentiary development with respect to Plaintiff's domicile.  Accordingly, the Court will expand the scope of the currently scheduled hearing to include an evidentiary hearing component.  During that part of the hearing, the Court will hear testimony from Plaintiff Ashley Wischow limited to the topic of her domicile at the time of filing her Complaint.  The Court intends to propound questions respecting Ms. Wischow's domicile to Ms. Wischow and will allow counsel for both parties to do

1

the same.[1]  Therefore, **IT IS HEREBY ORDERED** that Plaintiff Ashley Wischow

shall appear and give testimony under oath at the currently scheduled virtual hearing

on **May 1, 2026, at 11:00am**.  Following the testimony by Ms. Wischow, the Court

will entertain argument from counsel with respect to all aspects of the pending

motion.

      **IT IS SO ORDERED.**

                                              s/Matthew F. Leitman
                                            MATTHEW F. LEITMAN
                                            UNITED STATES DISTRICT JUDGE

Dated:  April 20, 2026

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on April 20, 2026, by electronic means and/or ordinary mail.

                                            s/Holly A. Ryan
                                            Case Manager
                                            (313) 234-5126

---

[1] The evidentiary hearing component will not address Defendants' contention that the Court lacks personal jurisdiction.