UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ASHLEY WISCHOW,

      Plaintiff,

v.

LUXOTTICA OF AMERICA INC., *et al.*,

      Defendants.

Case No. 25-cv-12480
Hon. Matthew F. Leitman

_____/

## JUDGMENT

In accordance with the order entered on this day,

**IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of

Defendants and against Plaintiff.  Plaintiff's claims are dismissed without prejudice.

KINIKIA ESSIX
CLERK OF COURT

By:   s/Holly A. Ryan
        Deputy Clerk

Approved:

s/Matthew F. Leitman
MATTHEW F. LEITMAN
United States District Judge

Dated:  May 4, 2026
Detroit, Michigan

1